1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                              **DISTRICT OF NEVADA**

7                                    **-oOo-**

8

9   UNITED STATES OF AMERICA,        )
                                      )      2:96-cr-00242-PMP
              Plaintiffs,             )
10  vs.                               )      **ORDER**
                                      )
11  MORRIS HUNTER, JR.,               )
                                      )
12                                    )
              Defendants.             )
13  _____ )

14         Before the Court for consideration is Defendant Morris Hunter's Motion

15  Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person In

16  Federal Custody (Doc.#149), and Hunter's Motion to Reopen his 28 U.S.C. §

17  2255 Petition (Doc. #148), filed June 24, 2014.  The Opposition to Defendant's

18  Motions filed by Plaintiff United States (Doc. #152) on July 2, 2014, compels

19  this Court to deny Defendant Hunter's motions.

20         Specifically, as noted in the Government's Opposition, Defendant

21  Hunter's motions must be denied because the instant Motion to Vacate (Doc.

22  #149) constitutes a second, or successive § 2255 motion without Defendant

23  Hunter first receiving Certification from the United States Court of Appeals for

24  the Ninth Circuit that such filing is appropriate in accord with the provisions of

25  28 U.S.C. §§ 2244(a) and (b)(3), and 2255(h).  *United States v. Lopez*, 577 Fed.

26  3d. 1053, 1061 (9th Cir. 2009).  For the reasons set forth in the Governments

27  Opposition (Doc. #152),

28  / / /

1    IT IS ORDERED that Defendant Hunter's Motions to Reopen his 28

2  U.S.C. § 2255 Petition (Doc. #148) and his Motion Under 28 U.S.C. § 2255 to

3  Vacate, Set Aside, or Correct Sentence by a Person In Federal Custody

4  (Doc.#149) are DENIED.

5    DATED: July 7, 2014.

PHILIP M. PRO
United States District Judge

-2-